# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>HECTOR HERNANDEZ-AVILA<br>a/k/a GILDARDO SAUCEDO-SAUCEDO<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  3:24-mj- 1329 - PDB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 18, 2024__ in the county of __Putnam__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | Illegal re-entry after being previously deported and removed |

This criminal complaint is based on these facts:
See Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Monica Peets, Deportation Officer, U.S. ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/9/24 @ 3:30pm

_____
*Judge's signature*

City and state:   Jacksonville, Florida     Laura Lothman Lambert, United States Magistrate Judge
*Printed name and title*

## CRIMINAL COMPLAINT AFFIDAVIT

I, Monica P. Peets, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement (ICE), hereby make the following affidavit in support of a criminal complaint against Hector HERNANDEZ-AVILA, also known as Gildardo SAUCEDO-SAUCEDO:

1. I have been a Deportation Officer with ICE since 2015 and before that I served as an Immigration Enforcement Agent with ICE since 2011. I have training and experience in the enforcement of the Immigration and Nationality laws of the United States and in conducting criminal investigations involving violations of these laws.

2. The statements contained in this affidavit are based on my training, personal experience, observations, and review of documents, reports, and ICE records as well as the experiences and observations of fellow ICE officers as they described and communicated them to me. This affidavit does not contain every fact regarding the investigation, but rather only sufficient facts that I believe establish probable cause for the filing of this criminal complaint.

3. As explained in detail below, during the course of this investigation, I have learned that Hector HERNANDEZ-AVILA, also known as Gildardo SAUCEDO-SAUCEDO, is a citizen of Mexico who was found unlawfully present in the United States on or about June 18, 2024, without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having

been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

4. As part of an investigation into possible violations of U.S. immigration laws, on June 18, 2024, I encountered Hector HERNANDEZ-AVILA with Alien registration number (A076 649 723) at the Putnam County Jail located in Palatka, Florida. HERNANDEZ-AVILA had been arrested on state criminal charges, including aggravated assault with a deadly weapon with the intent to kill and contempt of court based on a violation involving domestic violence. I caused ICE immigration database checks to be run on HERNANDEZ-AVILA, and it was discovered that HERNANDEZ-AVILA was previously removed from the United States and who had also had a second Alien registration number (A076 655 649) and under SAUCEDO-Saucedo, Gildardo.

5. I ran immigration database checks for a person named HERNANDEZ-AVILA who was born in Mexico on the date of birth provided and the database checks showed no record that a citizen of Mexico with that name and date of birth had ever been legally admitted into the United States. During the review of the ICE database, I found that HERNANDEZ-AVILA has used several different names and different dates of birth, including HERNANDEZ-Avila, Hector (DOB:11/02/1978), DE-PAZ, Rogelio Jaramilla, a/k/a JARAMILLA de la PAZ, Rogelio (DOB:11/23/1975), SAUCEDO-Saucedo, Gildardo (A076 655 649 and A076 649 723) (DOB:11/23/1974), VILLEGAS-Portillo, Oscar (DOB:10/23/1978), and CASTANEDA-Sotelo, Jose (11/23/1977).

2

6. On the same date, I entered HERNANDEZ-AVILA's fingerprints into an ICE biometric identification system and database that compared his fingerprints with the fingerprints of individuals who had been previously encountered by U.S. immigration authorities. The system returned a match and reflected that HERNANDEZ-AVILA had previously been encountered by U.S. immigration officials and had been assigned an Alien Registration number (A076 649 723). I then conducted additional ICE database checks using the A-number and the records reflected that HERNANDEZ-AVILA is a citizen of Mexico who has been previously deported and removed from the United States to Mexico on three occasions. I lodged an ICE detainer against HERNANDEZ-AVILA with the Putnam County Jail to ensure that he was not released by the local authorities with first having ICE notified.

7. I reviewed a copy of the Alien Registration file, also referred to an "A-file," for HERNANDEZ-AVILA, that is, A076 649 723. Based on my training and experience, I know that an A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of U.S. immigration authorities with an alien. I learned from ICE records that HERNANDEZ-AVILA, under the names Hector HERNANDEZ-AVILA and Gildardo SAUCEDO-SAUCEDO, was provided the Alien Registration number A076 649 723, and his previous Alien Registration number A076 655 649 (with its files) was consolidated into this single Alien Registration number (A076 649 723). Documents in this A-file (A076 649 723) confirmed that Hector HERNANDEZ-AVILA, who is the same individual who used the name Gildardo SAUCEDO-

3

SAUCEDO, is a citizen of Mexico who has been deported or removed from the United States on three separate occasions, that is, (1) on or about December 2, 1997, through Laredo, Texas, (2) on or about January 5, 2000, through Laredo, Texas, and (3) on or about August 16, 2003, through Houston, Texas. The A-files contained no records showing that Hector HERNANDEZ-AVILA, also known as Gildardo SAUCEDO-SAUCEDO, had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or to re-enter the United States since the time of his last deportation or removal.

8. On July 16, 2024, I contacted the Homeland Security Investigations Forensic Laboratory (HSI-FL) via email and provided HERNANDEZ-AVILA's recent fingerprints (obtained while he was in the Putnam County Jail in June 2024) and his fingerprints obtained from his past encounters with and arrests by U.S. immigration officials. I requested that the HSI-FL compare these fingerprints to confirm that the individual determined to be HERNANDEZ-AVILA whom I encountered in the Putnam County Jail was the same individual known as Hector HERNANDEZ-AVILA, also known as Gildardo SAUCEDO-SAUCEDO, who had been previously encountered by U.S. immigration officials and removed and deported from the United States as described above.

9. On July 23, 2024, I received an electronic correspondence from the HSI-FL stating in summary that the fingerprint comparison confirmed that the fingerprints obtained from HERNANDEZ-AVILA when he was in the Putnam

County Jail in June 2024 matched the fingerprints obtained the individual known as Hector HERNANDEZ-AVILA, also known as Gildardo SAUCEDO-SAUCEDO, whom had been previously encountered by U.S. immigration officials and removed and deported from the United States as described above.

10. On August 6, 2024, ICE DO Velez-Gomez, whom I know to be a fluent Spanish speaker, conducted a custodial interview of HERNANDEZ-AVILA, also known as Gildardo SAUCEDO-SAUCEDO, at the ICE office in Jacksonville, Florida. This interview was conducted in Spanish, and a sworn written statement was made and signed by HERNANDEZ-AVILA. DO Velez-Gomez told me this interview and I have reviewed HERNANDEZ-AVILA's sworn statement. During this interview, HERNANDEZ-AVILA was advised of his constitutional rights, waived those rights, and agreed to answer questions posed by DO Velez-Gomez. HERNANDEZ-AVILA stated, among other things, that his true name is Hector HERNANDEZ-AVILA, he is a native and citizen of Mexico, his date of birth is November 23, 1975, his place of birth is Guerrero, Mexico, his current immigration status is "illegal," he last entered the United States on foot through Laredo, Texas around 2007, he had been previously deported from the United States through Laredo, Texas, and he had not used any other names before.

11. Based upon the foregoing, I have probable cause to believe and establish on or about June 18, 2024, Hector HERNANDEZ-AVILA, also known as Gildardo SAUCEDO-SAUCEDO, was a citizen of Mexico who was found unlawfully present in the United States without first having obtained the consent of

the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States or about December 2, 1997, on or about January 5, 2000, and on or about August 16, 2003, in violation of Title 8, United States Code, Section 1326.

_____
Monica Peets, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida

Sworn and subscribed to me this 9th day of August, 2024.

_____
LAURA LOTHMAN LAMBERT
United States Magistrate Judge